U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 30 2015

TONY R. M_____RK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

BRADFORD WADE (#30736-034)　　　　DOCKET NO. 15-CV-178; SEC. P

VERSUS　　　　　　　　　　　　　　JUDGE STAGG

WARDEN　　　　　　　　　　　　　MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition pursuant to 28 U.S.C. §2241 be **DISMISSED WITHOUT PREJUDICE** because the Court lacks jurisdiction to consider his claims.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 29th day of April, 2015.

_____
TOM STAGG
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF LOUISIANA